UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HERMISSON RAMON RICO-SANCHEZ,**<br>**Petitioner** | **CIVIL DOCKET NO. 1:20-CV-01314-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF, *ET AL*,**<br>**Respondent** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order (ECF No. 1) is DENIED.

THUS DONE AND SIGNED in Chambers, this 24th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE