UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HERMISSON RAMON RICO SANCHEZ**, Plaintiff | **CIVIL DOCKET NO. 1:20-CV-01314-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF, ET AL**, Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 21], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petitions for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF Nos. 1, 4] are MOOT and shall be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 4th day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE